IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–54–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS KURT MYERS, | |
| Defendant. | |

The United States of America has filed a Motion for Turnover of Funds. (Doc. 53.) The Motion asks the Court to order the Bureau of Prisons to turn over the balance of Defendant's inmate trust account to the Clerk of Court for payment of Defendant's outstanding fine pursuant to 18 U.S.C. § 3664(n). The Court finds that the balance of $7,697.32 in Defendant's inmate trust account constitutes substantial funds from any source within the meaning of 18 U.S.C. § 3664(n) and must be turned over for payment of Defendant's criminal monetary penalties. The Court further finds that the funds in Defendant's inmate trust account are not exempt under 18 U.S.C. § 3613(a) and are not prison wages.

Based on these findings,

IT IS HEREBY ORDERED that the United States' Motion is granted, and the Bureau of Prisons shall turnover the $7,697.32 balance in Defendant's inmate

trust account to the Clerk of Court for payment of Defendant's criminal monetary penalties.

The Bureau of Prisons shall issue payment to the "Clerk of U.S. District Court" and mail payment to: Clerk of U.S. District Court, PO Box 8537, Missoula, MT 59807.

DATED this 15th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court